USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMBI KESIYI WABOTE,

                Plaintiff,

v.

JACKSON UDE, POINTBLANK COMMUNICATIONS, INC.,

                Defendants.

No. 21-CV-1909 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 4, 2021, Plaintiff Simbi Kesiyi Wabote brought this action for defamation against Defendants Jackson Ude and Pointblank Communications, Inc. ("Pointblank"). On April 14, 2021, Plaintiff filed an affidavit of service stating that Pointblank was served on March 30, 2021.

Although Pointblank's answer was due on April 20, 2021, it has not appeared in this action or responded to the complaint. Pointblank shall do so or seek an extension by May 25, 2021. If Pointblank fails to do so, and Plaintiff intends to move for default judgment, he shall do so by June 8, 2021.

Plaintiff shall serve a copy of this Order on Pointblank by May 18, 2021 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    May 11, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge